AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) |
|---|---|
| v. | ) Case No. 8:26MJ52 |
| Juan Rivera-Flores | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 18, 2026 in the county of Douglas in the District of Nebraska, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_Complainant's signature_

Anthony P. Gayden, ICE Deportation Officer
_Printed name and title_

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 2/19/2026

_Judge's signature_

City and state: Omaha, Nebraska

Ryan C. Carson, U.S. Magistrate Judge
_Printed name and title_

| | |
|---|---|
| STATE OF NEBRASKA ) | |
| ) | AFFIDAVIT OF Anthony P. Gayden |
| COUNTY OF DOUGLAS ) | |

Anthony P Gayden, being first duly sworn, hereby states that:

1. Your affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over sixteen (16) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. 1357). This Affidavit is based upon your affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. Juan RIVERA-Flores (hereafter referred to as Defendant) came to the attention of the ICE ERO Omaha Fugitive Operations team on February 18, 2026. DO Anthony Gayden, DO Carl Wisehart, and DO Nolan Darnell arrested Defendant as a targeted arrest after he departed his residence at 5924 N 24th Street, Omaha, Nebraska.

   At approximately 7:45 am, officers observed Defendant enter the driver side of a white Chevrolet Express van registered to the defendant that was parked in the driveway of the residence. Defendant departed the residence in the van. ICE officers followed a short distance, activated emergency lights and sirens, and attempted to perform a vehicle stop.

   Defendant failed to yield to the officers and drove at a high rate of speed back towards his residence. At the residence, he parked in the driveway and ran into the house, leaving the vehicle running with the keys inside. ICE officers knocked on the doors of the residence, identified themselves and asked the Defendant to exit. After approximately an hour, the Defendant exited the residence and surrendered to ICE officers.

   Officers placed Defendant under arrest and transported him to the Omaha ICE ERO office for processing. At the office, biometric checks of his fingerprints confirmed his identity.

5. Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared Defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to

persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed that Defendant had been arrested by DHS previously.

6. As a result of the positive match of fingerprints, your affiant was able to locate a unique alien registration file (A 209 075 334) relating to this defendant.

7. The defendant's alien registration file contains photographs, fingerprints and immigration documents identifying Defendant as a citizen and national of Mexico who was removed from the United States to Mexico, on January 18, 2019, pursuant to a final removal order on May 9, 2017, in Miami, Florida.

8. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States.

9. Affiant believes there is probable cause that Defendant is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P Gayden, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me by telephone or other reliable electronic means:

Date: February 19, 2026

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge